UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL COOK,<br>    Plaintiff,<br> v.<br>PETER RAWLINSON, et al.,<br>    Defendants. | Case No. 25-cv-01346-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to *In re Lucid Group, Inc. Securities Litigation*, 22-cv-02094-AMO.

**IT IS SO ORDERED.**

Dated: March 20, 2025

                _____
                THOMAS S. HIXSON
                United States Magistrate Judge